**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No. 06-cr-00496-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.    ALLEN DWAYNE THOMPSON, a/k/a Allen Wayne Pearson,

       Defendant.

---

**MINUTE ORDER**

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

      Defendant has filed pro se a Motion to Clarify and Expand the Record (Doc 59 - filed January 9, 2012. Plaintiff has **up to and including February 2, 2012** to file a response.

Dated: January 12, 2012